1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    ERIC JOHNSON
3   Assistant United States Attorney
    333 Las Vegas Boulevard South
4   Suite 5000
    Las Vegas, Nevada  89101
5   702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:05-mj-00079-PAL |
| | ) | |
| Plaintiff, | ) | RESPONSE TO ORDER TO SHOW CAUSE |
| | ) | |
| vs. | ) | |
| | ) | |
| ABELARDO RAZON ABAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby files it Response to the Order to Show Cause that was filed on January 15, 2014.

This case has been reviewed by the Federal Bureau of Investigation and the Las Vegas Metro Police Department and based upon DNA evidence, the State is prepared to prosecute ABELARDO RAZON ABAD if he is located.  They would like him to remain wanted in the NCJIS and NCIC.

/ / /

/ / /

/ / /

/ / /

1    We are requesting that the Complaint and Arrest Warrant filed on February 4, 2005 not

2  be dismissed.

3    Dated this the 29th day of January, 2014.

4                                                     Respectfully Submitted,

5                                                     DANIEL G. BOGDEN
                                                     United States Attorney

6

7                                                     /s/ERIC JOHNSON
                                                     ERIC JOHNSON
8                                                     Assistant United States Attorney

9

10    IT IS SO ORDERED this 30th
      day of January, 2014.
11

12  _____
      Peggy A. Leen
13    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

2